UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

DEMIS ESPINOZA, on behalf of himself and on
behalf of all others similarly situated,

                     Plaintiff,

- against -

MANAGED LABOR SOLUTIONS, LLC, and,
PEOPLEASE, LLC,

                     Defendants.
_____/

## DEFENDANT PEOPLEASE'S NOTICE OF REMOVAL

Defendant Peoplease, LLC ("Peoplease"), has removed this case to the United States District Court of the Southern District of Florida pursuant to 28 U.S.C. § 1331, § 1441 and § 1446. The grounds for removal are as follows:

1.    On or about June 1, 2021, a civil action was filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, which is captioned *Demis Espinoza, on behalf of himself and on behalf of all others similarly situated v. Managed Labor Solutions, LLC, and, Peoplease, LLC* (the "State Court Case"). The State Court Case was assigned Local Case No. 2021-012815-CA-01. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 are true and correct copies the docket and documents filed in this case to date. The Complaint is an action for violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681a-1681x.

## FEDERAL QUESTION JURISDICTION

2.    Based on Plaintiff's Complaint and the preceding facts, this Court has original jurisdiction over this action, pursuant to 28 U.S.C. § 1331 because the Complaint raises a federal

question under the FCRA.

## VENUE IS PROPER

3.      The United States District Court for the Southern of Florida embraces the location where the State Court Case was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

## THE REMOVAL IS TIMELY

4.      This Notice of Removal has been filed within 30 days of Defendant's receipt of a copy of the Complaint in the State Court Case. Thus, this Notice of a Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

## PAPERS FROM REMOVED ACTION

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all processes, pleadings and orders served on Defendant in this action are attached to this Notice of Removal. *See* Exhibit 1.

## FILING OF REMOVAL PAPERS

6.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of Removal to all parties in this action, and has filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. *See* Exhibit 2.

WHEREFORE, Defendant respectfully requests that the above-described action pending in the Eleventh Judicial Circuit, in and for Miami-Dade County, be removed to this Court.

Dated: July 26, 2021                              Respectfully submitted,

                                          By: /s/ *Garrett S. Kamen*
                                                  Garrett S. Kamen
                                                  Florida Bar No.: 125854
                                                  FISHER & PHILLIPS LLP
                                                  450 East Las Olas Boulevard, Suite 800
                                                  Fort Lauderdale, Florida 33301
                                                  Telephone: (954) 525-4800
                                                  Facsimile: (954) 525-8739
                                                  gkamen@fisherphillips.com

                                                  *Attorneys for Defendant Peoplease, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on **July 26, 2021** I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and that a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

                                                  /s/ *Garrett S. Kamen*
                                                  GARRETT S. KAMEN

### **Service List**

Marc R. Edelman
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
medelman@forthepeople.com

*Attorneys for Plaintiff*

(*By CM/ECF*)